# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DARRELL THOMAS**                                                                     **PLAINTIFF**

**VS.**                                **4:18-CV-00448 BRW-PSH**

**CASSEN,** *et al.*                                                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 6th day of November, 2018.

                                                                  /s/ Billy Roy Wilson _____
                                                                   UNITED STATES DISTRICT JUDGE